1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RICHARD ANTHONY BREWER,

10              Petitioner,                    No. CIV S 06-0382 GEB GGH P

11        vs.

12   D.L. RUNNELS, Warden, et al.,

13              Respondents.            ORDER

14   _____/

15            Petitioner is a state prisoner proceeding pro se with an application for writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

17            Since petitioner may be entitled to the requested relief if the claimed violation of

18   constitutional rights is proved, respondents will be served with the petition, but shall not file a

19   response at the present time.

20            Petitioner seeks appointment of counsel.  In light of the length of petitioner's

21   sentence, the court has determined that the interests of justice require appointment of counsel.

22   See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

23            Accordingly, IT IS HEREBY ORDERED that:

24            1.  Petitioner's February 23, 2006 request for appointment of counsel is granted;

25            2.  The Federal Defender is appointed to represent petitioner;

26            3.  Within thirty days of this order, the parties shall file a joint scheduling

                                              1

1  statement which addresses the timing and order of the following matters:

2      a.  The number of days petitioner's counsel estimates it will take to file

3  either:

4       1.  A statement indicating petitioner will stand on the existing

5  petition, and supplemental memorandum of points and authorities, if any;

6       2.  An amended petition which will proceed on exhausted claims

7  only; or

8       3.  An amended petition which identifies both exhausted and

9  unexhausted claims, **demonstrates good cause for having failed to exhaust state court**

10  **remedies as to any claims,**[1] and any intention to pursue unexhausted claims, after which the

11  court **may** recommend that the proceedings be held in abeyance while petitioner exhausts any

12  new claims in state court.

13      b.  Discovery and investigations;

14      c.  Anticipated motions;

15      d.  The need for and timing of an evidentiary hearing;

16      e.  Enumeration and resolution of unexhausted claims; and

17      f.  Possible future amendments to the pleadings.

18  Counsel are reminded of the importance of timely filing a joint scheduling statement.  Failure to

19  do so may result in sanctions.

20      4.  The Clerk of the Court shall serve a copy of this order on Jo Graves, Senior

21  Assistant Attorney General, and David Porter, Assistant Federal Defender.

22  DATED:3/15/06

          /s/ Gregory G. Hollows

23

          GREGORY G. HOLLOWS
24            UNITED STATES MAGISTRATE JUDGE

GGH:009/brew0382.110ggh
25

26   [1] Rhines v. Weber, 544 U.S. 269, 125 S. Ct. 1528 (2005).