IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,               No. CIV S-06-0382 GGH P

    vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.           <u>ORDER</u>

_____/

        On March 22, 2006, petitioner's counsel (now substituted in as appointed counsel by order filed on March 27, 2006) filed a request for an extension of time to file the joint scheduling statement for this petition for writ of habeas corpus. Counsel file a proposed order in .pdf format but failed to email a proposed order in wordprocessing format, which is required by E.D. Local Rule 5-137(b). In order for the court to consider counsel's request, the proposed order must be submitted in full compliance with the local rules.

        IT IS SO ORDERED.

DATED: 4/4/06

                                          /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.lcr