David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Richard Anthony Brewer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ANTHONY BREWER, | ) | NO. Civ. S-06-0382 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING UNOPPOSED** |
| | ) | **REQUEST FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE JOINT** |
| | ) | **SCHEDULING STATEMENT** |
| PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | | |

Pursuant to the request of petitioner, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including May 26, 2006.

Dated: 4/10/06                                    /s/ Gregory G. Hollows

                                                  _____
                                                  Honorable GREGORY G. HOLLOWS
                                                  United States Magistrate Judge

brew0382.po