David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Richard Anthony Brewer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BREWER,  )  <br> ) <br> Petitioner, ) <br> ) <br> v.   ) <br> ) <br> PEOPLE OF THE STATE OF ) <br> CALIFORNIA, et.al., ) <br> ) <br> Respondents. ) <br> ) <br>_____ | NO. Civ. S-06-0382 GEB GGH P <br><br> **ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT** |

Pursuant to the request of petitioner, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including October 25, 2006.

Dated: 8/29/06                                       /s/ Gregory G. Hollows
                                                     _____
                                                     Honorable GREGORY G. HOLLOWS
                                                     United States Magistrate Judge

brew0382.po3