IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,                   No. CIV S-06-0382 GEB GGH P

    vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed on October 24, 2006, pursuant to the court's order filed March 16, 2006.[1] After reviewing the joint statement, the court issues the following ORDERS:

        1. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must file, within 60 days, a motion for discovery and/or request for an evidentiary hearing related to the information petitioner may be seeking from the Sacramento Public Defender's Office with regard to petitioner's trial counsel, Karol Repkow. Respondent's response will be due 30 days thereafter; any reply is due 15 days after service of any opposition to the discovery motion and/or hearing request.

        2. Should petitioner be able to secure the information sought with respect to

---

[1] Three extensions of time for filing the statement were granted. <u>See</u> orders filed on April 10, 2006; May 23, 2006; and August 30, 2006, respectively.

1

1  petitioner's trial counsel voluntarily, he must so inform the court in a status report within 15 days
2  of his receipt of the information.
3         3. Should he receive the information sought voluntarily and should he elect to
4  proceed on an amended petition of exhausted claims only, the amended petition must be filed
5  within 60 days of receiving the information, along with any memorandum of points and
6  authorities; if such an amended petition is filed and served, respondent must file an answer or
7  dispositive motion within 30 days; thereafter; petitioner must file any reply or opposition, as
8  appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a
9  motion, respondent will have 15 days after service of an opposition to file a reply.
10         4. Should petitioner identify unexhausted claims which petitioner will seek to
11  exhaust, petitioner shall file an amended petition, within 60 days of voluntary receipt of the
12  information as stated above in # 2, setting forth all claims, exhausted and unexhausted, and shall
13  demonstrate good cause for having failed to exhaust state court remedies as to any claim which
14  petitioner would seek to exhaust.  Petitioner shall move the court to hold the proceedings in
15  abeyance pending exhaustion of state court remedies as to the unexhausted claims, within the
16  same 60-day time frame; if a stay is ultimately granted, petitioner must immediately pursue state
17  court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in
18  state court, within 30 days, proceed upon the amended petition in federal court.
19         5. Should respondent object to any motion for a stay of proceedings by petitioner
20  to pursue unexhausted claims, respondent must file any opposition to such a motion within 30
21  days of service thereof; thereafter, petitioner has 15 days to file any reply.
22  DATED: 10/30/06
23                         /s/ Gregory G. Hollows
24                         _____
                           GREGORY G. HOLLOWS
                           UNITED STATES MAGISTRATE JUDGE
25  GGH:009
    brew0382.pst
26