IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,                   No. CIV S-06-0382 GEB GGH P

    vs.

D.L. RUNNELS, Warden, et al.,

    Respondents.               ORDER

_____/

        The undersigned has reviewed the request for interim (hardship) payments by petitioner's attorney. The request, approved in part, seeks attorneys' fees which are in excess of that which would be considered reasonable under the circumstances.

        Federal habeas corpus permits convicted defendants in finalized state criminal proceedings to proceed in federal court to rectify errors of Constitutional magnitude, i.e., those errors which fundamentally affect the fairness of state criminal proceedings. Federal habeas does not lie to correct errors in state law or errors in general. Thus, when a petitioner files in federal court, after comprehensive state appellate review, both on direct appeal and/or in state habeas, the chances of finding a previously unasserted substantial error is remote. There is little need or use in non-capital habeas corpus to pore over every line of both the clerks and reporters

\\\\\

1

1 | transcripts as one might do in seeking to set forth every error which might have transpired in the
2 | trial.
3 |    The present request of $21,886.73, the vast majority of which has been accrued
4 | because of state court record review (nearly every single page of the clerks and reporters
5 | transcripts), is denied in part.  The undersigned will subtract $10,000.00 from the above amount
6 | and approve $11,886.73.
7 | DATED: 11/28/06
8 |              /s/ Gregory G. Hollows
9 |             UNITED STATES MAGISTRATE JUDGE
10 | brew382.ord