IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

      Petitioner,           No. CIV S-06-0382 GGH P

   vs.

D. L. RUNNELS, Warden, et al.,

      Respondents.      <u>ORDER</u>

_____/

      This is the third order issued in connection with petitioner's counsel request for attorneys fees issued after a second motion for reconsideration. The first order cut the initially requested $21,886.73 by $10,000 because the undersigned felt that more time than should have been necessary was expended in reviewing the CT and RT. The amount of $11,886.73 was authorized. The second order denied a motion to reconsider.

      After further consultation with petitioner's counsel over the issue of attorneys' fees, and because at least one of the issues required a prejudice/harmfulness assessment which legitimately could require a review of most of the reporter's transcript. The court will therefore approve payment of an additional $6,241.10 (for a grand total of 18,160.83).

      Because the first voucher has been processed, it would unduly complicate matters for the court to approve the submitted modified voucher for the new grand total. The court has

\\\\\

submitted to the Federal Defender a revised voucher for $6,241.10 along with an attached copy of this order.

The Clerk shall file petitioner's counsel December 14, 2006 motion for reconsideration.

IT IS SO ORDERED.

DATED: Jan. 16, 2007

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ggh:035
brew0382.fee