David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Tonie Elmore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BREWER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> D.L. RUNNELS, Warden, et. al., ) <br> ) <br> Respondents. ) <br> ) <br> _____ ) | 2:06 cv 0382 GEB GGH P <br><br> [lodged] **ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the time for Petitioner Richard Anthony Brewer to file the opening brief in this matter is extended up to and including November 12, 2007.

Dated: September 26, 2007

GREGORY G. HOLLOWS
_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge