IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,                        No. CIV S-06-0382 GEB GGH P

    vs.

D. L. RUNNELS, Warden, et al.,        ORDER

    Respondents.

_____/

        Petitioner, proceeding with appointed counsel, has filed a petition pursuant to 28 U.S.C. §2254. The original pro se petition was filed on 2/23/06; petitioner's first amended petition, filed by counsel on behalf of petitioner, was filed on 12/12/07. On 1/04/08, petitioner filed a motion for stay and abeyance, pending exhaustion of state court remedies as to a claim of ineffective assistance of counsel, which respondent opposed. Subsequently, on July 22, 2008, petitioner informed the court that the claim(s) for which petitioner sought a stay in this court had been exhausted in the state supreme court in the form of a summary denial on July 16, 2008. Therefore, the court will vacate petitioner's pending motion for a stay as moot.

        Petitioner, on July 22, 2008, also filed a motion for reconsideration of this court's denial of petitioner's discovery motion, by Order, filed on 9/12/07, contending that the undersigned's denial of that motion was predicated primarily on petitioner's having failed to

1

1  exhaust state court remedies.   Any response by respondent to the motion will be due in twenty
2  days.
3      Accordingly, IT IS ORDERED that:
4      1. Petitioner's 1/04/08 (# 39), motion for a stay is vacated as moot;
5      2. Any response to petitioner's 7/22/08 (# 44), motion for this court to reconsider
6  its 9/12/07 (# 31) denial of petitioner's motion for discovery should be filed within twenty days
7  of the date of this order, after which the matter will be deemed submitted.
8  DATED: 07/30/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.vac