IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,          No. CIV S-06-0382 GEB GGH P

  vs.

D. L. RUNNELS, Warden, et al.,    ORDER

    Respondents.

_____/

        By Order, filed on 2/09/09 (docket # 46), this court, inter alia, granted petitioner's 7/22/08 (# 44) motion for reconsideration of this court's previous denial of petitioner's discovery motion, construing the motion as unopposed in light of no party's response to this court's earlier order for any response,[1] and therein directed the Sacramento Public Defender's Office to provide petitioner the records pertaining to its 2001 investigation of petitioner's trial attorney, Karol Martin Repkow. Thereafter, on 2/19/09 (# 47) Sacramento County, on behalf of the third party Sacramento County Public Defender's Office, filed a motion for reconsideration of the 2/09/09 Order.

\\\\\

---

[1] See Order filed on 7/30/09 (# 45).

1

Accordingly, IT IS HEREBY ORDERED that the 2/19/09 (docket # 47) motion for reconsideration by the County of Sacramento is hereby set on this court's law and motion calendar for a hearing on 3/05/09, at 10:00 a.m., before the undersigned.

DATED: February 24, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.req