IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,                   No. CIV S-06-0382 GEB GGH P

    vs.

D. L. RUNNELS, Warden, et al.,       ORDER

    Respondents.

_____/

        On 2/19/09 (docket # 47), the Sacramento County Public Defender's Office, a third party in this habeas matter, filed a motion for reconsideration of the court's order, filed on 2/09/09 (docket # 46), directing that office to provide petitioner its records pertaining to its 2001 investigation of petitioner's trial attorney, Karol Martin Repkow. The court set Sacramento County's motion for hearing on 3/05/09. Subsequently on 2/25/09 (#49), petitioner's counsel sought a continuance based on a scheduling conflict, but stated that he would be available on any other date in March. Also on 2/25/09, respondent filed a motion to join the third party motion for reconsideration of the court's order at docket # 46, but sought to vacate the hearing and asked that the court revisit previously submitted briefing in opposition to petitioner's discovery motion.

        IT IS HEREBY ORDERED that:

        1. Petitioner's motion for a continuance of the hearing set for 3/05/09, filed on 2/25/09 (docket #49), is granted, and the hearing will be re-set on an alternative date in March,

1  2009, on this court's law and motion calendar by petitioner and respondent in coordination with
2  the Sacramento County Public Defender third party and this court's courtroom clerk, Valerie
3  Callen at (916) 930-4199; and,
4      2. If all parties desire that the matter simply be submitted, they shall file a
5  stipulation to that effect; and
6      3. To the extent that respondent's motion, filed on 2/25/09 (docket # 50), is a
7  motion to join the third-party Sacramento County Public Defender's motion for reconsideration
8  of the court's order, filed on 2/09/09 (docket # 46), it is granted, but in any other respect, it is
9  denied at this time.
10 DATED: February 26, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.rst