IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,                    No. CIV S-06-0382 GEB GGH P

    vs.

D. L. RUNNELS, Warden, et al.,    <u>ORDER</u>

    Respondents.

_____/

    Respondent has applied for a provisional sealing order for the Reporter's Transcripts of a state court in camera hearing, pending this court's determination as to whether such transcripts are entitled to privacy protection.

    Accordingly, IT IS ORDERED that respondent's request, filed on 3/02/09 (docket # 57), for a provisional sealing order for the state court in camera hearing transcript, identified as respondent's Lodged Document 9, is granted, and the Clerk of the Court is to place those documents under seal until further order of this court.

DATED: March 5, 2009                    /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.ord

1