David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Richard Anthony Brewer


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| RICHARD ANTHONY BREWER, | ) | NO. Civ. S-06-0382 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING REQUEST FOR** |
| | ) | **EXTENSION OF TIME** |
| v. | ) | **TO FILE TRAVERSE/REPLY** |
| | ) | |
| PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

Pursuant to the request of petitioner, and good cause appearing therefor, the

time for petitioner Richard Anthony Brewer to file his traverse/reply in the above matter

is extended up to and including May 1, 2009.

Dated: April 17, 2009

/s/ Gregory G. Hollows

_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

brew0382.eot2