David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Richard Anthony Brewer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BREWER, ) | NO. Civ. S-06-0382 GEB GGH P |
| ) | |
| Petitioner, ) | **AMENDED** |
| ) | **ORDER GRANTING REQUEST FOR** |
| v. ) | **EXTENSION OF TIME** |
| ) | **TO FILE TRAVERSE/REPLY** |
| PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, et.al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

Pursuant to the request of petitioner, and good cause appearing therefor, the time for petitioner Richard Anthony Brewer to file his traverse/reply in the above matter is extended up to and including June 1, 2009.

Dated: April 17, 2009

/s/ Gregory G. Hollows

Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

brew0382.eotamd