1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD ANTHONY BREWER,

11            Petitioner,              No. CIV S-06-0382 GEB GGH P

12        vs.

13   D. L. RUNNELS, Warden, et al.,        ORDER

14            Respondents.

15   _____/

16            Respondent has sought reconsideration/clarification of the court's Order, filed on

17   April 2, 2009 (docket # 66).  To clarify that order, it was not the court's intent to prohibit

18   respondent from reviewing the Karol Martin Repkow 2001 investigative records to which

19   petitioner's counsel's is therein granted access; nor is respondent thereby foreclosed from

20   reviewing petitioner's traverse.  Respondent may have access to and review the same records;

21   however, access to/review of the records at issue is intended to be restricted to counsel for

22   petitioner and for respondent and the strictures set forth therein, i.e., with regard to ancillary

23   personnel, etc., apply equally to counsel for both parties.  Should respondent make reference to

24   any of the investigative records in response to any filing under seal by petitioner, filings by

25   respondent containing such references must also be filed under seal.  Both counsel for petitioner

26   and for  respondent, however, are to have access to any filing under seal by either party.  The

1

parties' unsealed public filings may not reference any portion of the Repkow 2001 investigative records.

Petitioner requests a further extension of time to file a traverse until July 1, 2009, which will be granted.

Accordingly, IT IS ORDERED that:

1. Respondent's motion for reconsideration/clarification, filed on April 17, 2009 (docket # 66) is granted to the extent clarified above;

2. Petitioner's motion for a further extension of time to file a traverse, filed on May 22, 2009 (docket # 67) is granted, and the traverse is to be filed by July 1, 2009.

DATED: May 27, 2009                                    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.ord2