David D. Martin, Bar # 90494
622 Launaria Lane
Alameda, California 94502
Telephone: (510) 814-0399

Attorney for Petitioner
Richard Brewer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ANTHONY BREWER, | ) | NO. CIV S-06-0382 GEB GGH P |
| Petitioner, | ) | |
| v. | ) | PETITIONER'S EX PARTE APPLICATION FOR AUTHORITY TO SUBPOENA WITNESSES AND HAVE U.S. MARSHAL PAY WITNESS FEES PURSUANT TO 28 U.S.C. § 1825(b) |
| D.L. RUNNELS, Warden, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

      Petitioner RICHARD ANTHONY BREWER, by and through his attorney, David D. Martin, asks this court for an ex parte order authorizing the issuance of subpoenas and the payment of witness fees by the United States Marshall as provided in 18 U.S.C. § 1825(b). This court has already granted petitioner indigent status and has set an evidentiary hearing in this matter for March 8, 2010.

      The following is a list of petitioner's witnesses, each of whom reside or have a principal place of business within the Eastern District of California, and a brief summary of the substance of each witness's testimony.

      1. Attorney Karol Martin Repkow was petitioner's attorney during the murder trial in Sacramento County Superior Court at issue in this habeas litigation. Ms. Repkow is expected to testify concerning her conversations with petitioner concerning her problems with the Sacramento Public Defender's office and any other matters relating to her substituting into this case as a private attorney.

1    Petitioner thus has established that each of the above person needs to be present at the
2 evidentiary hearing in order to allow petitioner to present an adequate case.
3 DATED: January 5, 2010                           Respectfully submitted,
4
5
6                                                 // David D. Martin
                                                  DAVID D. MARTIN
7                                                 Attorney for Petitioner Richard A. Brewer

8    Authorization for the issuance of these subpoenas and payment of the witnesses fees is
9 hereby granted.
10 DATED: January 11, 2010.
                                                  /s/ Gregory G. Hollows
11                                                UNITED STATES MAGISTRATE JUDGE
12 brew0382.sub