David D. Martin, Bar # 90494
622 Launaria Lane
Alameda, California 94502
Telephone: (510) 814-0399

Attorney for Petitioner
Richard Brewer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ANTHONY BREWER, | ) | NO. CIV S-06-0382 GEB GGH P |
| Petitioner, | ) | |
| v. | ) | ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| D.L. RUNNELS, Warden, et al., | ) | Date: March 8, 2010 |
| Respondents. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Gregory G. Hollows |

The Petitioner, RICHARD ANTHONY BREWER, is confined in the California State Prison [New Folsom], in Represa, California, in the custody of the California Department of Corrections.  In order to secure Petitioner's attendance it is necessary to produce THE PETITIONER in Court, 13th Floor, Courtroom # 9, United States Courthouse, 501 I Street, Sacramento, California on March 8, 2010, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce THE PETITIONER Richard Anthony Brewer, CDC # T-33929  to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return THE PETITIONER Richard A. Brewer to the above institution;

2. The custodian is ordered to notify the court of any change in custody of THE PETITIONER and is ordered to provide the new custodian with a copy of this writ; and

3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court-Desk, New Folsom State Prison, Prison Road, Represa, California, CA 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Michael S. Evans, Warden of the New Folsom State Prison, Prison Road, Represa, California 95671:**

**WE COMMAND** you to produce THE PETITIONER, Richard Anthony Brewer, CDC #: T-33929, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by this court; and thereafter to return him to the above institution.

**FURTHER**, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

DATED: January 11, 2010

/s/ Gregory G. Hollows

**HON. GREGORY G. HOLLOWS**
United States Magistrate Judge
Eastern District of California

brew0382.wrt

2