IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY BREWER,

    Petitioner,

vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.

No. CIV S-06-0382 GEB GGH P

ORDER

Pursuant to the evidentiary hearing held in this matter on March 8, 2010, petitioner, through his counsel, has submitted copies of the following transcripts:

    Lodged Document 15- Marsden hearing of June 12, 2001, RT 5078-5098;

    Lodged Document 16- Marsden hearing of June 28, 2001,[1] RT 6035-6043;

    Lodged Document 17- Marsden hearing of July 2 & 3, 2001, RT 6230-6256;

    Lodged Document 18- Marsden hearing of July 17, 2001, RT 6874-6878;

    Lodged Document 19- Marsden hearing of July 18, 2001, RT 7027-7041;

    Lodged Document 20- Continuance of Marsden hearing of July 18, 2001, RT 7093-7106;

    Lodged Document 21- Marsden hearing of August 6, 2001, RT 7818-7836;

---

[1] Petitioner in his submission mis-identified the date of this hearing as June 18, 2001, according to the transcript submitted.

1

1  Lodged Document 22- Marsden hearing of August 14, 2001, RT 8046-8060.

The court at this time will grant a provisional sealing order for the Reporter's Transcripts of the state court in camera hearings identified above, pending this court's determination as to whether such transcripts are entitled to privacy protection.

Accordingly, IT IS ORDERED that the documents identified above are to be lodged under seal, and the Clerk of the Court is to place those documents under seal until further order of this court.

DATED: March 23, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brew0382.ord3