David D. Martin
Attorney at Law
State Bar No.: 90494
622 Lagunaria Lane
Alameda, California 94502
Telephone 510/814-0399

Attorney for Petitioner
RICHARD ANTHONY BREWER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BREWER, | Civ. 06-0382-GEB-GGH P |
| Petitioner, | |
| vs. | Order |
| D. L. RUNNELS, WARDEN, ET AL. | |
| Respondent. | |

IT IS HEREBY ORDERED that Petitioner be allowed to file a Reply Brief regarding the evidentiary hearing of March 8, 2010, within 10 days after respondent files his brief.

DATED: May 7, 2010          /s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
United States Magistrate Judge

brew0382.eot3